IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROLYN COLEMAN                                                                                               PLAINTIFF

v.                                         Case No. 4:20-cv-4053

LITTLE RIVER MEDICAL CENTER INC.
a/k/a LITTLE RIVER MEMORIAL HOSPITAL,
*et al.*                                                                                                            DEFENDANTS

# ORDER

Before the Court is a Motion to Dismiss filed by Separate Defendant Little River Memorial Hospital Foundation. ECF No. 6. After Little River Memorial Hospital Foundation filed its Motion to Dismiss, Plaintiff filed a First Amended Complaint in this matter. ECF No. 10. The First Amended Complaint does not name Little River Memorial Hospital Foundation as a defendant. Because Little River Memorial Hospital is no longer a party to this litigation, the Court finds that the Motion to Dismiss should be and hereby is **DENIED AS MOOT**. *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002) (plaintiff's filing of a motion to amend the complaint rendered the defendant's motion to dismiss the original complaint moot).

**IT IS SO ORDERED**, this 6th day of August, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge