IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROLYN COLEMAN                                                                                    PLAINTIFF

v.                                    Case No. 4:20-cv-4053

DOMINGO ATIENZA JR.,
JOHN DOE, and JANE DOE                                                                          DEFENDANTS

## ORDER

On March 29, 2021, the Court issued an order (ECF No. 61) denying Plaintiff's Motion to Remand (ECF No. 11) and granting Separate Defendant Domingo Atienza, Jr.'s Motion to Deny Joinder (ECF No. 14). The order dismissed the following three Defendants from this case: Little River Medical Center, Inc.; Continental Casualty Company; and Christy Hackett. ECF No. 61. Prior to their dismissal from this case, these three Defendants had filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF Nos. 26, 28, 41. Because these three Defendants have been dismissed from this case, the Court finds that their Motions to Dismiss (ECF Nos. 26, 28, 41) should be and hereby are **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 30th day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge