IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROLYN COLEMAN                                                                                    PLAINTIFF

v.                                        Civil No. 4:20-cv-4053

DOMINGO ATIENZA, JR;
JANE DOE; and JOHN DOE                                                                         DEFENDANT

## ORDER

Before the Court is a Request for a Twelve-Person Jury (ECF No. 51) filed by Defendant Domingo Atienza, Jr.   Upon consideration, the Court finds that the request should be and hereby is **GRANTED**.   Accordingly, pursuant to Federal Rules of Civil Procedure 38 and 48, the trial of this matter will be before a twelve-person jury.

**IT IS SO ORDERED**, this 5th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge